MOCH and another v. VIRGINIA FIRE & MARINE INS. CO.

*(Circuit Court, E. D. Virginia. March 18, 1882.)*

BOND, C. J. This cause having been heard in the circuit court, then presided over by the district judge, has been submitted to me, with his consent, as if on motion for a new trial. I have carefully read the elaborate briefs of the parties, and fully concur in the opinion and judgment of the district judge.